Sukhpal Singh BAINS;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–75463.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

Hector M. Roman, Jr., Esq., Roman &
Singh, LLP, Jackson Heights, NY, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of
Homeland Security, San Francisco, CA,
John P. Fonte, Esq., Robert B. Nicholson,
Esq., U.S. Department of Justice, Antitrust Division–Appellate Section, Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and
McKEOWN, Circuit Judges.

MEMORANDUM **

Sukhpal Singh Bains and his wife, Gurjinder Bains, natives and citizens of India,
petition for review of the Board of Immigration Appeals' ("BIA") order affirming
an immigration judge's ("IJ") denial of
their application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review the agency's adverse credibility determination for
substantial evidence, *Chebchoub v. INS*,
257 F.3d 1038, 1043 (9th Cir.2001), and we
deny the petition for review.

The record does not compel the conclusion that Bains was credible. *See Malhi v.
INS*, 336 F.3d 989, 993 (9th Cir.2003) (an
adverse credibility determination should
be upheld unless the evidence compels a
contrary conclusion). Accordingly, Bains
is not entitled to asylum or withholding of
removal. *See Farah v. Ashcroft*, 348 F.3d
1153, 1156–57 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.